RECEIVED
NOV 02 2020
CLERK, U.S. DISTRICT COURT
DULUTH, MINNESOTA

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Plaintiff(s), Bruce Joseph Petrovich

vs.

Case No. 20-CV-2272 MJD/LIB
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES ☒   NO ☐

Defendant(s). City of Duluth, MN, Saint Louis County, MN

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

   Name Bruce Joseph Petrovich

   Street Address 2606 Hammond Avenue

   County, City Douglas, Superior

   State & Zip Code Wisconsin, 54880

   Telephone Number 715-914-8745

SCANNED
NOV 03 2020
U.S. DISTRICT COURT DULUTH

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

   Name  *City of Duluth MN*

   Street Address

   County, City  *Saint Louis, Duluth*

   State & Zip Code  *Minnesota*

   b. Defendant No. 2

   Name  *Saint Louis County, MN*

   Street Address

   County, City  *Saint Louis, Duluth*

   State & Zip Code  *Minnesota*

   c. Defendant No. 3

   Name

   Street Address

   County, City

   State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)**

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   ☐ Federal Question      ☒ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name: Bruce Joseph Pefferman   State of Citizenship: Wisconsin

   Defendant No. 1: City of Duluth   State of Citizenship: Minnesota

   Defendant No. 2: County of Saint Louis   State of Citizenship: Minnesota

   **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
   **Check here if additional sheets of paper are attached.** ☐

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

   ☒ Defendant(s) reside in Minnesota   ☒ Facts alleged below primarily occurred in Minnesota

   ☐ Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

3

separately, beginning with number 7.  Please write each single set of circumstances in a separately numbered paragraph.

7.

1) I was hit by a car while riding my bike on street, due to sidewalks being uneven. Cars were parked too close to intersection.

2) It happened in Duluth, MN on Superior Street.

3) It happened on Wednesday, October 21st, 2020 @ approximately 18:34 hours.

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking. Have ~~[struck out]~~ City of Duluth, MN, and Saint Louis County, MN to fix all sidewalks, ~~[struck out]~~ to put more street lights, bike lanes, and to not allow cars to park right by the edge of an intersection. At least $300,000.00 to my foot.

Signed this 30 day of October 20

Signature of Plaintiff _By also served electronically_

Mailing Address 2606 Hammond Ave, Superior, WI 54880

Telephone Number 715-418-8305

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.